# EXHIBIT "A"

Translation

October 20, 2000

Foremost International Trading Co., Inc
(Party A)

TANGSHAN HUIDA CERAMIC GROUP CO. LTD.
(Party B)

# Agreement for Co-operations

台北市林森北路
372 號 508 室
統一編號：01255521
Business Registration No:
01255521

名家翻譯社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

This agreement is set forth by and between the following parties at the Economical Specific Zone of Shenzhen, Guandong Province, Peoples' Republic of China on October 20, 2000.

(1) Foremost International Trading Co., Inc. (Party A)
   An incorporation registered and established and legally existing in the State of New Jersey, United States of America
   Legal Representative: Joe Chen
   Address: 906 Murray Road, East Hanover, New Jersey, 07936, USA

(2) TANGSHAN HUIDA CERAMIC GROUP CO., LTD (Party B)
   An incorporation registered and established and legally existing at Fongnang City of Hebei Province, the Peoples' Republic of China.
   Legal Representative; Wang, Hui-wen
   Address; Huangezhuang Town, Fongnang City, Hebei Province

Forewords

(A) That Party A is a distributor has successfully developed the markets for bathroom/sanitary porcelain products in the USA and Canada areas;
(B) That Party B is a professional manufacturer and distributor for bathroom/sanitary porcelain products;
(C) That for gaining higher commercial profits by manufacturing and vending the products suitable for the American and Canadian markets, both parties shall perform long term full scale co-operations to develop such markets.

Thus in accordance with the negotiation on the equal basis, Party A and Party B have established the following agreement as mutual abidance.

1. Definitions
   1.1 In the Content, Forewords and Attachments of this agreement, unless indicated expressively, the following terms shall be defined as:
   'Type A products'   Indicating the products developed and designed by Party A, then providing to Party B with the entire design drawings/samples to assign Party B for the productions.

台北市林森北路 372 號 508 室
統一編號: 01255521
Business Registration No: 01255521

名家翻譯社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

10
EXH A

| | |
|---|---|
| 'Type B products' | Indicating the products originally provided by Party B and Party A initiates and provides the amended drawings/samples according to the requirements of American and Canadian Markets to assign Party B for productions. |
| 'Type C products' | Indicating the products designed and manufactured all by Party B. |
| 'Third Party' | Indicating any other company or person except Party A and Party B nominated in this agreement. |
| 'Company' | Indicating any format of company, enterprise, banking organization, joint-venture, partnership and/or other financial organization established in China or any other location. |
| 'Person' | Indicating individual, company, any format of incorporate group or non-group incorporate or non-incorporate, entrust organization or any group, country or the branch department or any government or related organization. |
| 'Original product' | Indicating the products that Party A had completed the entire design, sample commissioning and had initiated mass production before the effectiveness of this agreement. |
| 'New product development' | Indicating the products that either Party A or Party B had completed the entire design, sample commissioning and had initiated mass production after the effectiveness of this agreement |
| 'Design drawing' | Indicating the entire set of information including drawing, image and practical sample necessary for the production of certain product. |
| 'Amended drawing' | Indicating the entire set of information including drawing, image and practical sample amended based on the original product according to the market requirements and is necessary for the production. |
| 'Sample' | Indicating the product that has completed according to the design drawing/amended drawing for the use of sample. |

台北市林森北路 372號 508室
統一編號:01255521
Business Registration No: 01255521

名 家 翻 譯 社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

11
EXH A

| | |
|---|---|
| 'Product code' | Indicating the codes representing the size and specification for different products that regulated and agreed by both Party A and Party B thus for the convenience of communication between both parties, providing design drawings and amended drawings, samples, orders, productions and marketing. |
| 'Major amendment' | Indicating that the current module is unable to be amended to fit the appearance, form and size specification according to the product design thus necessary to reproduce new modules. |

2. The catalogues and titles of the articles are only added for the convenience, they are not legally effective, shall neither influence any explanation of each article in this agreement

3. Module, Sample

    3.1 Expenses to develop module: According to the requirements of the design drawing/amended drawing, when there is a need of expense to reproduce a new module or for major amendment, both Party A and Party B shall confirm such expenses according to the cost of module and Party A shall pay for the expenses as required by Party B

    3.2 Subtraction of the expenses for module: If no more major amendment by Party A during the sample commissioning and after the delivery of samples by Party B, further the purchase by Party A to such product achieves 3000 sets (including 3000 sets), Party A shall not pay for the expenses for module; if already paid, Party B shall refund or subtract such amount from the payable order, if insufficient purchase to 3000 sets by Party A, Party B shall not refund such expenses for module.

    3.3 Delivery of samples: Party B shall deliver the samples to Party A before the agreed timing in accordance with the practical manufacturing requirements.

台北市林森北路
372 號 508 室
統一編號：01255521
Business Registration No:
01255521

名 家 翻 譯 社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

12
EXH A

4. Protection for industrial propriety and business secrets

   4.1 The industrial propriety formed by design, sample commissioning and manufacturing as well as the commercial secrets regarding specific technology of Type A and Type B products belong to Party A; Party B shall never apply nor authorize others to apply nor expose to others without the authorization by Party A;
   4.2 The industrial propriety formed as well as the commercial secrets regarding specific technology of Type C products belong to Party B, Party A shall never apply nor authorize others to apply nor expose to others without the authorization by Party B;
   4.3 When violating the regulations in article 4.1 and 4.2 by either Parties, the violating party shall be in full legal responsibilities and shall be claimed to pay for all loses might be caused to the other party.
   4.4 The industrial propriety and commercial secrets for specific products shall be negotiated by Party A and Party B under other conditions.

5. Trade Marks
   According to the marketing requirements, Party A shall assign Party B to apply certain trade mark for related products with expressing descriptions in practical purchase order and contract; the ordering amount of each single product with assigned trade mark shall reach 5000 pieces within a year, any disputation and legal responsibilities shall be claimed to Party A.

6. Certifications
   In order to meet the requirements on American and Canadian markets as well as to reach the best development of marketing, various certifications for the production of products and the products themselves shall be obtained within the timing as agreed by both Party A and Party B, when failed to do so thus to cause the sales of the product not reaching the expected scale, the responsibilities shall be claimed to the failure party.

7. Manufacturing and sales
   7.1 According to the market requirements, Party A shall give order to Party B on Type A and Type B products as to purchase the assigned production; without the prior authorization from Party A, Party B shall not manufacture such products, neither to sell or to assign any third party to sell nor to accept the production order for such products from any third party.

台北市林森北路
372號508室
統一編號:01255521
Business Registration No:
01255521

名家翻譯社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

13
EXH A

 7.2 According to the market requirements, Party A shall give order to Party B on Type C products. In American and Canadian markets, Party A is the exclusive distributor for Type C products, Party B shall not authorize any third party or by itself the sale in the American and Canadian markets.

8. Specific regulations

 8.1 Since the effectiveness of this agreement, Party B shall not sign agreement with any third party regarding to authorize it to distribute those Type A, Type B and Type C products mentioned in this agreement in American and Canadian markets;

 8.2 Party A guarantees that since the effectiveness of this agreement, the purchase amount from Party A to Party B shall achieve USD3,000,000 within one year started since the first delivery of Party A's order, the exclusive distributorship in American and Canadian markets of the next year shall be prolonged automatically when the purchase achieves to the guaranteed amount, the purchase amount for the coming year shall be discussed on other negotiation; if the purchase does not achieve the guaranteed amount, Party A and Party B shall initiate new discussion according to the market situations.

 8.3 If Party A can not execute any purchase in 8 months, this agreement shall be annulled.

9. Purchase

 9.1 Product price and payment

Party A shall inquire the price according to the product codes, after quoted by Party B, Party A and Party B shall negotiate to confirm the final price. The payment conditions shall be listed in the order or purchase contract made between Party A and Party B.

 9.2 Product quality

The products manufactured by Party B shall meet the requirements to the ANSI of USA or CSA of Canada, such details shall be listed in the purchase order or contract by Party A.

If the product quality provided by Party B fails to meet the requirements of ANSI and/or CSA, based on the quantity unavailable to meet the requirements certified by the organization entrusted by both parties, the condemnation shall be demanded according to the practical situation.

台北市林森北路 372號 508室
統一編號:01255521
Business Registration No: 01255521

名家翻譯社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

14
EXH A

Party A shall propose objection to Party B when discovering quality failure, Party B shall reply within 30 days, otherwise shall be deemed as agree with the quality failure, the necessary proof shall be negotiated between both parties.

### 9.3 Product quantity and consumption

Party B shall pack the products with suitable materials and loading the products into container thus to reduce the damage during the shipment.  When damage happens, both parties shall discuss a resolution for the 5% damage uncovered by the insurance, Party A shall claim to the insurance agency for the damage beyond 5%; regarding the loading shortage, unless agreed by Party A with a prior notice, under the effective evidence provided by Party A, Party B shall be responsible to fully compensate the shortage and shall be claimed for the lost caused by shipment, taxes and other related procedures to Party A and/or Party A's clients.

### 9.4  Term of delivery

Party A shall give the purchase orders or purchase contracts according to the manufacturing status of Party B, the date of delivery shall be confirmed by both parties, Party B guarantees to deliver on time.  When expired for 14 days, Party A is authorized to fine Party B for 5‰ of the total order amount per day as the violation penalty, when expired for 21 days, except the violation penalty paid by Party B, Party A is also authorized to terminate the purchase order or contract.  To the condition of force majeure to cause the late delivery, Party B shall notify Party A in 3 days since the condition initiated and negotiate with Party A for the postpone of delivery.

### 9.5  Purchase orders and contracts

Party A shall release the purchase order according to the American and Canadian market status for Party B to confirm, or to sign a purchase contract by both parties and Party B shall be responsible for the production of the purchase order or contract.

10. Documents, delivery, liaison

    10.1  It is agreed that during the execution of this agreement, all documents shall be provided in written including letters, fax and e-mail.

台北市林森北路  
372 號 508 室  
統一編號: 01255521  
Business Registration No:  
01255521

名 家 翻 譯 社  
Prestige Translation Service

Tel.: 886-2-25110180  
Fax: 886-2-25653733  
Rm. 508, No. 372,  
Linsen N. Road,  
Taipei, Taiwan ROC

15  
EXH A

10.2 It is agreed that during the execution of this agreement, all documents shall be sent to the following destinations;

Party A: Foremost International Trading Co. Inc
Address: No. 39-2, Changan E. Road, sec. 1, Taipei City
Tel.: 886-2-25371374
Fax; 886-2-2568 3874
E-mail; michaele@mailfittpo.com.tw

Party B: TANGSHAN HUIDA CERAMIC GROUP CO. LTD
Address: Huangezhuang Town, Fongnang City, Hebei Province
Tel.: +86-315 8522541; 8523618
Fax: +86-315 852817
E-mail: huida@public.tsptt.he.cn

10.3 It is agreed that during the execution of this agreement, the assigned liaison are Mr./Ms. CHEN, Ping/ HE, Kelan for Party A and Mr./Ms. WANG Yenching/XING jinrong for Party B.

11. Integrity

This agreement and the documents including design drawings, amended drawings, and purchase order etc. formed during the execution of this agreement are parts of this agreement with the same legal effects.

12. Jurisdiction

The set up, explanation, effectiveness execution and resolution for disputations of this agreement shall be judged by the law of the Peoples' Republic of China.

13. Resolution for disputations

If any disputation aroused during the execution of this agreement shall be solved by negotiation, if in vain, both Party A and Party B agree to be arbitrated by the Shenzhen Branch of China Trade Arbitrating Committee for International Economic and Trading.

台北市林森北路
372號 508室
統一編號:01255521
Business Registration No:
01255521


名家翻譯社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

14. Change, Annulations

Unless agreed by both Party A and Party B for the legal change or annulations, this agreement shall not be changed or annulled by either party.

15. Effectiveness

This agreement shall become effective since signed by both parties.

16. Legal effects

This agreement is made in quadruple that either Party A and Party B shall held 2 copies, each copy are of the same legal effects.

Foremost International Trading Co., Inc

Representative: (Signature), October, 20, 2000

TANGSHAN HUIDA CERAMIC GROUP CO. LTD.

Representative: (Signature), October 20, 2000

名 家 翻 譯 社
PRESTIGE TRANSLATION SERVICE

I certify that this translation is a true and correct English version of the attached original, to the best of my knowledge and belief.

TRANSLATOR

台北市林森北路
372號 508室
統一編號:01255521
Business Registration No:
01255521

名 家 翻 譯 社
Prestige Translation Service

Tel.: 886-2-25110180
Fax: 886-2-25653733
Rm. 508, No. 372,
Linsen N. Road,
Taipei, Taiwan, ROC

17
EXH A

2000 年 10 月 20 日

**美商富凯股份有限公司**
("甲方")

**唐山惠达陶瓷（集团）股份有限公司**
("乙方")

# 合作协议书

本协议书于 2000 年 10 月 20 日由以下双方在中华人民共和国广东省深圳经济特区订立。

(1) 美商富凯股份有限公司
　　（Foremost International Trading Co. Inc）　　（"甲方"）
　　系一家在美利坚合众国新泽西州注册成立的，并合法有效存续的股份有限公司。
　　代表人：陈亮祖(Joe Chen)
　　住　　所：906 MURRAY ROAD, EAST HANOVER, NEW JERSEY. 07936, USA

(2) 唐山惠达陶瓷（集团）股份有限公司
　　（TANGSHAN HUIDA CERAMIC GROUP CO.LTD）　　（"乙方"）
　　系一家在中华人民共和国河北省丰南市注册成立的，并合法有效存续的股份有限公司。
　　法定代表人：王惠文
　　住　　所：河北省丰南市黄各庄镇

绪　　言

(A) 甲方为一家已成功开拓美国、加拿大陶瓷洁具制品市场之销售商；
(B) 乙方为一家专业化陶瓷洁具制品生产与销售商；
(C) 双方为长期地开拓美国、加拿大陶瓷洁具制品市场，拟全面合作，生产、销售适合美国、加拿大市场的产品，以获取更大的商业利益。

故此，甲、乙双方经平等协商，特订立如下合作协议（"本协议"），以资共同遵守：

1、释　义

1.1 在本协议内文、绪言及附件中，除非文中另有所指，否则下列词语有以下涵义：

(合作协议书　2000 年 10 月 19 日)　　1

| | |
|---|---|
| "A 类产品" | 指由甲方自行开发设计，并向乙方提供全套设计图纸/样品，委托乙方生产之产品。 |
| "B 类产品" | 指在乙方原有产品基础之上，甲方根据美国、加拿大市场要求，提供修改图纸/样品，委托乙方生产之产品。 |
| "C 类产品" | 指乙方自行设计，并自行生产之产品。 |
| "第 三 方" | 指除本协议甲方、乙方外的任何一间公司或人士。 |
| "公　　司" | 指在中国或任何其他地方成立的任何形式的公司、企业、金融机构、合资、合伙及其他经济组织。 |
| "人　　士" | 指个人、公司、任何其他形式的法人团体或非团体法人或非法人、信托或任何团体、国家或其分支部门或任何政府或有关机关。 |
| "原有产品" | 指本协议生效前，甲方已经完成全套设计、样品试制并已进行商业生产之产品。 |
| "新产品开发" | 指本协议生效后，甲方或乙方完成全套设计、样品试制并可以进行商业生产之产品。 |
| "设计图纸" | 指为生产某项产品而必须完成的包括制图、影像、实品的全套资料。 |
| "修改图纸" | 指在原有产品基础上，根据市场需求，对原有产品进行修改所必须完成的包括制图、影像、实品的全套资料。 |
| "样　　品" | 指依照设计图纸/修改图纸，而已经完成的用于样板之产品。 |
| "产品代码" | 指双方根据每种产品的型号、规格之不同，为便于双方交流、提供设计图纸/修改图纸、样品、订货、生产、销售之便利，编制的甲、乙双方认可的产品型号、规格之代码。 |
| "重大修改" | 指按照产品设计的外观、造型、尺寸规格，现有模型无法修改，而应重新制作新的模具。 |

2、本协议目录和各条文的标题内容仅为了方便而加入，并不具有法律效力，亦不影响本协议的任何条款的解释。

3、模具、样品

3.1 模具开发费用：依照产品设计图纸/修改图纸要求，在需要新

(合作协议书　2000年10月19日)　　　2

开模具或重大修改时产生的模具费用，由甲、乙双方根据模具的成本确定模具费用，在乙方要求甲方支付时，甲方予以支付；

3.2 模具费用的抵扣：如果甲方在乙方样品试验过程中和交付样品后，不再做重大修改，且甲方对该产品的采购量达到 3000 套（包括 3000 套）后，甲方不需要支付模具费用；若甲方已支付，则由乙方退回或在货款中抵扣，若甲方采购量不足 3000 套，则乙方不与退还模具费。

3.3 样品的交付：乙方依甲方实际工作需要在双方约定的时间内交付。

4、工业产权及商业秘密保护

4.1 A 类产品、B 类产品因设计、样品试制、生产所形成的工业产权及专有技术等商业秘密属甲方所有，未经甲方许可，乙方不得私自使用、许可他人使用或予以披露等；

4.2 C 类产品所形成的工业产权及专有技术等商业秘密属乙方所有，未经乙方许可，甲方不得私自使用、许可他人使用或予以披露等；

4.3 甲、乙双方因违反 4.1、4.2 之约定，由违反方承担全部法律责任，并赔偿因此而造成对方的一切损失；

4.4 针对特殊产品之工业产权及商业秘密，由甲、乙双方另行协商。

5、商　　标

依销售需求，由甲方指定乙方生产的相应产品使用某一商标，在具体订单、购销合约中予以明确；甲方每一商标之单件定量一年内需达到 5000 件，因商标引起的一切争议和法律责任均由甲方负责。

6、认　　证

为了符合美国、加拿大市场要求及为了更好地开拓美国、加拿大市

场，对产品生产商及产品的各项认证，甲、乙双方约定应在双方认可的时间内取得，如未取得，而导致产品销售未达预期效果，由责任方负责。

### 7、生产及销售

7.1 A 类产品、B 类产品由甲方根据市场需要，向乙方下达订货数量，采取委托生产、采购的方式；
未经甲方许可，乙方不得私自生产、自行或委托第三人销售或接受第三人委托生产。

7.2 C 类产品由甲方根据市场需要，向乙方下达订货数量，予以采购。在美国、加拿大市场乙方 C 类所有产品由甲方独家销售（独占性），乙方不得许可第三人或自行在美国、加拿大市场销售。

### 8、特别约定

8.1 本协议生效后，乙方不得再与任何第三方签署许可其在美国、加拿大市场销售本协议约定之 A 类产品、B 类产品、C 类产品；

8.2 甲方保证本协议生效后，从交货日期开始后一年内，甲方向乙方的采购量达到 USD300 万元，达到该采购量后，甲方在美国、加拿大市场的独家销售权自动延续，次年之采购量再另行协议；如未达到该采购量，甲、乙双方根据市场情况，另行商定。

8.3 8 个月内如甲方仍不能实行采购行为，本协议失效；

### 9、采购

9.1 产品价款及支付
甲方按照产品代码向乙方询价，乙方报价，由甲、乙双方协商确定。产品价款支付由甲、乙双方在订单或采购合约中约定。

9.2 产品质量
乙方生产之产品应符合美国 ANSI、加拿大 CSA 之要求，具体在甲

(合作协议书 2000 年 10 月 19 日)　　　　4

方订单或采购合约中约定。

如乙方生产之产品不符合 ANSI、CSA 之要求，依双方认可之公证机关出具的证明和数量，依据实际情况和金额进行赔偿。

甲方发现产品质量问题后应向乙方提出异议，乙方应在收到异议书后，三十天内予以答复，否则视为默认。佐证资料由双方另行协商。

### 9.3　产品数量及损耗

乙方应当以适当包装材料及装柜方式确保降低运输之破损，破损发生时，保险 5%免赔以内的，由双方商议解决，5%免赔率以外的由甲方向保险公司索赔；事前未通知甲方并得到同意的短装部分，在甲方提供有效见证的情况下，由乙方负责全部补足，且赔偿甲方或客户运费、税金和相关处理手续之损失。

### 9.4　交货期

甲方视乙方的生产状况下达订单或采购合约，双方共同确认交货期，乙方保证按期交货。如逾期 14 天甲方有权每逾期一日处以乙方总价之 5‰违约金；当逾期 21 日，除乙方支付甲方违约金外，甲方有权单方终止该订单或采购合约。在不可抗力情况下，导致延期交货，乙方应在不可抗力发生 3 日内通知甲方，协商延长交货期限。

乙方在按期完成生产后，甲方应按期，按量履行合同，如甲方需减量或推迟交货期，应提前 2 个月通知乙方。

### 9.5　订单及采购合约

甲方根据美国、加拿大市场情况，向乙方下达订单，由乙方确认，或由甲、乙双方签订采购合约，乙方负责订单或采购合约生产。

### 10、文件、送达、联络人

10.1 甲、乙双方约定，在执行本协议过程中，一切文件均采取书面形式，包括：信函、传真、电子邮件。

10.2 甲、乙双方约定，在执行本协议过程中，一切文件按照以下途径送达：

甲方：美商富凯股份有限公司台北分公司
　　　地址：台北市长安东路一段 39-2 号
　　　电话：886-2-2537 1374
　　　传真：886-2-2568 3874

(合作协议书　2000 年 10 月 19 日)　　　5

电子信箱：michaelc@mail.fittpo.com.tw

乙方：唐山惠达陶瓷（集团）股份有限公司
地址：河北省丰南市黄各庄镇
电话：+86 - 315 8812841  8823618
传真：+86 - 315 8812817
电子信箱：huida@public.tsptt.he.cn

10.3 甲、乙双方约定，在执行本协议过程中，分别指定陈平/何可岚先生/女士为甲方联络人；王彦庆、邢锦荣先生/女士为乙方联络人。

### 11、整体性

本协议及双方在履行本协议过程中，所形成的设计图纸、修改图纸、订单、采购合约等文件均为本协议一部分，具有同等法律效力。

### 12、法律适用

本协议的订立、解释、生效、履行以及争议的解决均适用中华人民共和国法律。

### 13、纠纷的解决

甲、乙双方在履行本协议过程中出现纠纷，应通过协商解决，如仍不能解决，甲、乙双方一致同意提交中国国际经济贸易仲裁委员会深圳分会仲裁。

### 14、变更、解除

未经甲、乙双方协商一致或出现法定变更解除事宜，本协议不得单方变更、解除。

### 15、生　效

(合作协议书　2000年10月19日)　　　6

本协议自甲、乙双方签字后生效。

## 16、法律效力

本协议一式肆份，甲、乙双方各执两份，具同等法律效力。

美商富凯股份有限公司

代　表：陈亮祖　 *[signature]*

二〇〇〇年十月二十 日

唐山惠达陶瓷（集团）股份有限公司

代　表：*[signature]*

二〇〇〇年十月二十 日

(合作协议书　2000 年 10 月 19 日)　　　7