NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  William A. Hanssen (Bar No. 110613)
   Suzanne V. Stouder (Bar No. 161077)
2  DRINKER BIDDLE & REATH LLP
   1800 Century Park E, Suite 1400
3  Los Angeles, CA 90067
   Telephone:  (310) 203-4000
4  Facsimile:   (310) 229-1285
   william.hanssen@dbr.com
5  suzanne.stouder@dbr.com

6

7  Attorneys for Plaintiff
   FOREMOST GROUPS, INC. f/k/a FOREMOST
   INTERNATIONAL TRADING CO., INC.
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  FOREMOST GROUPS, INC. f/k/a          Case No.  CV11-7473 GAF (Ex)
    FOREMOST INTERNATIONAL              Hon. Gary A. Feess
13  TRADING CO., INC.,                   Courtroom 740

14           Plaintiff,                  [PROPOSED] ORDER GRANTING
                                         APPLICATION FOR PRELIMINARY
15      vs.                              INJUNCTION

16  AYERS BATH (USA)
    CORPORATION,                         Hearing Date:     October 24, 2011
17                                       Hearing Time:     9:30 a.m.
             Defendant.                  Hearing Location: Courtroom 740
18

19

20

21       The Court, having considered Plaintiff FOREMOST GROUPS, INC. f/k/a

22  FOREMOST INTERNATIONAL TRADING CO., INC.'S (collectively

23  "Foremost" or "Plaintiff") Application for Preliminary Injunction pursuant to Fed.

24  Rules Civ. P. 65 and any opposition thereto or argument thereon, and having found

25  that Foremost has established a likelihood that (i) Defendant Ayers Bath (USA)

26  Corporation ("Defendant" or "Ayers") is infringing on Foremost's exclusive right

27  of distribution, existing and prospective contractual relations and trademark rights

28  in violation of the laws of the United States and the State of California;

DRINKER BIDDLE &
REATH LLP          LA01/ 1045666.1                    1
ATTORNEYS AT LAW
LOS ANGELES
                          [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

1  (ii) Foremost will be irreparably harmed in the absence of the relief sought herein
2  because such injury naturally flows from Ayers' acts of infringement; (iii) the
3  balance of the hardships weighs heavily in Foremost's favor; and (iv) a preliminary
4  injunction is in the public interest.  For these reasons,

5      IT IS HEREBY ORDERED as follows:

6      1.    Plaintiff Foremost's Application for Preliminary Injunction
7  is GRANTED;

8      2.    Defendant Ayers Bath (USA) Corporation and its officers, agents,
9  servants, employees, and all those in active concert or participation with Defendant,
10 shall stop selling, distributing and/or offering for sale any and all Tangshan Huida
11 Ceramic Group Co., Ltd. ("Huida") bathroom vitreous china and/or porcelain and
12 sanitary ware parts and products, including but not limited to toilets and kitchen and
13 bathroom sinks, in the United States and Canada in violation of Foremost's
14 exclusive distribution agreement;

15 ~~3.    Defendant shall stop its infringement of Foremost's unique Maximum~~
16 ~~Performance label; and~~

17     4.    Plaintiff shall post security in the amount of $ <ins>100,000.00</ins>,
18 pursuant to Fed. Rules Civ. P. 65(c).

20 IT IS SO ORDERED.

22 Dated: <ins>December 20, 2011</ins>

*/s/ Gary Feess*
Hon. Gary A. Feess
United States District Court Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1045666.1

2

~~[PROPOSED]~~ ORDER GRANTING PRELIMINARY INJUNCTION