William A. Hanssen (Bar No. 110613)
Suzanne V. Stouder (Bar No. 161077)
DRINKER BIDDLE & REATH LLP
1800 Century Park E, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile:  (310) 229-1285
William.hanssen@dbr.com
Suzanne.stouder@dbr.com

Attorneys for Plaintiff
FOREMOST GROUPS, INC. f/k/a FOREMOST
INTERNATIONAL TRADING CO., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST GROUPS, INC. f/k/a FOREMOST INTERNATIONAL TRADING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> AYERS BATH (USA) CORPORATION, <br><br> Defendant. <br><br> AYERS BATH (USA) CORPORATION <br><br> Counter-claimant, <br><br> vs. <br><br> FOREMOST GROUPS, INC. f/k/a FOREMOST INTERNATIONAL TRADING CO., INC., <br><br> Counter-defendant. | Case No. CV11-7473 GAF (Ex) <br> Hon. Gary A. Feess <br> Courtroom 740 <br><br> [PROPOSED] ORDER GRANTING MOTION FOR ORDER MODIFYING DECEMBER 20, 2011 ORDER ON PRELIMINARY INJUNCTION TO VACATE PORTION OF ORDER REQUIRING POSTING OF PRELIMINARY INJUNCTION BOND <br><br> Hearing Date: December 15, 2014 <br> Hearing Time: 9:30 a.m. <br> Hearing Location: Courtroom 740 |

The Court, having considered Plaintiff FOREMOST GROUPS, INC. f/k/a FOREMOST INTERNATIONAL TRADING CO., INC.'S ("Foremost" or "Plaintiff") Motion for Order Modifying the December 20, 2011 Order on Preliminary Injunction to Vacate Portion of Order Requiring Posting of Preliminary Injunction Bond and any opposition thereto or argument thereon, finds that Foremost's motion should be granted.

IT IS HEREBY ORDERED as follows:

1. Plaintiff Foremost's Motion for Order Modifying the December 20, 2011 Order on Preliminary Injunction to Vacate Portion of Order Requiring Posting of Preliminary Injunction Bond is GRANTED; and

2. The portion of this Court's December 20, 2011 Order requiring Foremost to post security in the amount of $100,000 pursuant to Rule 65(c) of the Federal Rules of Civil Procedure is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: December 5, 2014    By: _____
                          Hon. Gary A. Feess
                          United States District Court Judge

cc: Fiscal

2

[PROPOSED] ORDER GRANTING MOTION FOR ORDER MODIFYING DECEMBER 20, 2011 ORDER ON PRELIMINARY INJUNCTION TO VACATE PORTION OF ORDER REQUIRING POSTING OF PRELIMINARY INJUNCTION BOND